PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Natashia Hawkins                                             Cr.: 06-725-01

Name of Sentencing Judicial Officer: Thomas K. Moore (reassigned to Joseph A Greenaway, Jr.)

Date of Original Sentence: 04-02-03

Original Offense: Possession of cocaine with Intent to Distribute

Original Sentence: 60 months imprisonment; 4 years of TSR

Type of Supervision: Supervised Release                        Date Supervision Commenced: 07-08-05

Assistant U.S. Attorney: Nelson L. Jones, AUSA          Defense Attorney: Douglas J. Beevers, AFPD

### PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On July 11, 2006, Natashia Hawkins was arrested without incident in Plainfield, New Jersey by Plainfield Police Officers. The offender was charged with Theft of Property and Forgery, both crimes of 3rd degree. According to the police report obtained from the Plainfield Police Department, the offender wrote and cashed checks for herself using her employer, Judkins Funeral Home business account. Ms. Hawkins was not authorized to cash these checks. According to the police report, Ms. Hawkins cashed a total of approximately $3,200 in stolen checks. On August 16, 2006, the offender appeared at Union County Superior Court and pled guilty to one count of theft in the 3rd degree under accusation number 06-08-1166A. On September 22, 2006, she was sentenced to 2 years probation with 180 days of imprisonment. She is currently being held at the Union County Jail in Elizabeth, NJ. |

PROB 12C - Page 2
Natashia Hawkins

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R. González
Senior U.S. Probation Officer
Date: 09-05-06

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10-10-06
_____
Date