PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Natashia Hawkins                                               Cr.: 06-00725-001

Name of Sentencing Judicial Officer: The Honorable Joseph A. Greenaway

Date of Original Sentence: 12/20/06

Original Offense: Possession of Cocaine with Intent to Distribute

Original Sentence: 12/20/06-VOP-Time Served, 3 years TSR

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/20/06

### PETITIONING THE COURT

[ ]  To extend the term of supervision for       Years, for a total term of       Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition(s):

The remaining balance owed to satisfy the cost of electronic monitoring is waived.

### CAUSE

The offender is currently in a long-term inpatient program and will be unable to pay the $390.72 arrearage on her electronic monitoring costs.

Respectfully submitted,

By: Edward J. Irwin
U.S. Probation Officer
Date: 01/29/08

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

2-7-08
Date